PD-0634-15 — 638-15                    7-29-2015

MR ABEL ACOSTA        CLERK OF THE COURT OF CRIMINAL APPEALS

I JUST SENT A MOTION FOR AN EXTENSION FOR MY PETITION OF DISCRETIONARY REVIEW UNDER APPEAL NOS: 02-14-00047-CR, 02-14-00048-CR, 02-14-00049-CR, 02-1400050-CR, & 02-14-00051-CR. AND THRU NO FAULT OF MY OWN I DID NOT RECIEVE THE ACTUAL COPY OF THE JUDGEMENT OF THE SECOND COURT OF APPEALS FROM MY ATTORNEY TILL THE 28th OF JULY 2015. BECAUSE HE FAILED TO SEND IT ON THE 8th OF JULY 2015 THAT I RECIEVED ON THE 13TH OF JULY 2015. I KNOW THAT HIS ACTIONS HARMED ME IN THE PROCEEDING OF THING. AT THIS TIME I AM IN THE COURSE OF WRITTING MR CHARLES M. MALLIN CHIEF OF THE APPELLANT SECTION TO SEND HIM COPYS OF THE DATES AND LETTER MY ATTORNEY SENT ME TO TRY AND REINSTATE MY TIME TO FILE MY PETITION FOR DISCRETIONARY REVIEW. I PRAY THAT YOU NOT FILE MY MOTION FOR AN EXTENSION AT THIS TIME. I WOULD LIKE TO FIX MY ATTORNEY'S MISTAKES TO PROCEED IN THE PROPER MANNER OF THE COURTS. THANK YOU FOR YOUR TIME

(APPELLANT)
GILBERT JUNIOR COLLINS
APPEAL NO: 02-14-00047-CR
         02-14-00048-CR
         02-14-00049-CR
         02-14-00050-CR
         02-14-00051-CR

CAUSE NO:
   1324826D
   1324831D
   1324834D
   1324837D
   1324842D

RESPECTFULLY

Gilbert Junior Collins
2101 FM 369 NORTH
IOWA PARK TEXAS 76367
ALLRED UNIT

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 04 2015

Abel Acosta, Clerk

Gilbert Collins #1910685
2101 FM 369 North
Iowa Park Texas
76367
Allred Unit

NORTH TEXAS TX PADC
DALLAS TX 750
31 JUL 2015 PM 9 L



RECEIVED
AUG 0 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

MR. ABEL ACOSTA
CLERK OF THE COURT OF
CRIMINAL APPEALS
P.O. BOX 12547
AUSTIN TX 78711-2547

LEGAL MAIL 7871254747

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

GILBERT JUNIOR COLLINS

v.

THE STATE OF TEXAS

§ APPEAL NOS: 02-14-00047-CR,
§ 02-14-00048-CR,
§ 02-14-00049-CR,
§ 02-14-00050-CR, &
§ 02-14-00051-CR

CAUSE NOS: 1324826D
1324831D
1324834D
1324837D
1324842D

---

## APPELLANTS FIRST MOTION REQUESTING
## AN EXTENSION OF TIME TO FILE FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE JUDGE IN SAID COURT:

NOW COMES, APPELLANT, GILBERT JUNIOR COLLINS TDCJ#1910685 CONFINED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION, PROCEEDING PRO SE IN THE ABOVE APPEAL NUMBERS FILES THIS HIS FIRST MOTION -FOR- EXTENSION OF TIME ACCORDING TO T.R.A.P 68

APPELLANT, BY THE OPERATION OF LAW IS TO FILE HIS PETITION -FOR-DISCRETIONARY REVIEW TO THIS HONORABLE COURT WITHIN 30 DAYS FROM THE FINAL DECISION RENDERED BY THE COURT OF APPEALS. THE FIRST COURT OF APPEALS AFFIRMED APPELLANTS CONVICTION ON OR ABOUT JULY 8TH 2015. APPELLANT IS MANDATED TO FILE HIS PETITION FOR DISCRETIONARY REVIEW NO LATER THAN OR ABOUT AUGUST 8TH 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 04 2015

Abel Acosta, Clerk

THE FOLLOWING CIRCUMSTANCES JUSTIFY THIS REQUEST FOR EXTENSION;

1) APPELLANT HAS LIMITED ACCESS TO LEGAL MATERIALS PROVIDED THROUGH THE PRISON UNIT LAW LIBRARY FOR RESEARCH. AND BEING THAT THE INSTITUTIONAL BIANNUAL LOCKDOWN WAS DURING THE TIME OF RESPONCE FROM THE COURT OF APPEALS THERE WAS NO ACCESS TO THE UNIT LAW LIBRARY FOR RESEARCH TO PROPERLY PREPARE AND CORRECTLY FILE HIS PETITION IN A TIMELY MANNER.

THIS REQUEST FOR EXTENSION IS BY NO MEANS INTENDED TO IMPROPERLY DELAY THE MATTER AT HAND. APPELLANT RESPECTFULLY REQUESTS AN EXTENSION OF 90 DAYS UP TO ON OR ABOUT OCTOBER 27TH 2015.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPELLANT RESPECTFULLY PRAYS THAT THIS MOTION FOR EXTENSION OF TIME BE GRANTED.

RESPECTFULLY SUBMITTED

/S/ GILBERT JUNIOR COLLINS

Gilbert Junior Collins #1910685
2101 FM 369 NORTH
Iowa Park TX 76367
ALLRED UNIT

## CERTIFICATE OF SERVICE

I, GILBERT JUNIOR COLLINS #1910685 (APPELLANT) DO HEARBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOLLOWING - MOTION - FOR - AN EXTENSION OF TIME HAS BEEN FORWARDED TO THE ADDRESS BELOW VIA U.S. MAIL, POSTAGE PER-PAID ON THIS 27TH DAY OF JULY 2015.

ABEL ACOSTA
CLERK OF THE COURT
OF CRIMINAL APPEALS
P.O. BOX 12547
AUSTIN, TEXAS
78711 - 2547

X Gilbert Junior Collins

GILBERT COLLINS #1910685
2101 FM 369 NORTH
IOWA PARK, TEXAS 76367
    ALLRED UNIT

NORTH TEXAS TX 750
DALLAS TX 750
30 JUL 2015 PM 10 L



5



RECEIVED
AUG 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RECEIVED
AUG 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

MR. ABEL ACOSTA
CLERK OF THE COURT
OF CRIMINAL APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547

LEGAL MAIL        78711-254747